dismis.re 

COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-05-456-CV

IN THE MATTER OF J.A.

----------

FROM THE 323RD DISTRICT COURT OF TARRANT COUNTY

----------

MEMORANDUM
 
OPINION
(footnote: 1) 
AND JUDGMENT

----------

We have considered appellant’s “Notice Of Non-Suit,” which we will treat  as a motion to voluntarily dismiss this appeal.  It is the court's opinion that the motion should be granted; therefore, we dismiss the appeal.  
See 
T
EX.
 R. A
PP.
 P. 42.1(a)(1), 43.2(f).  

PER CURIAM

PANEL D: WALKER, J.; CAYCE, C.J.; and MCCOY, J.

DELIVERED:  March 30, 2006

FOOTNOTES
1:
See 
Tex. R. App. P. 47.4.